IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ROMANO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA SCHOOL DISTRICT AND | : | |
| MICHELLE BURNS | : | NO. 07-3969 |

## ORDER

**AND NOW**, this 26th day of May, 2009, upon consideration of the Defendants' Motion for Summary Judgment (Document No. 31) and all concomitant briefing, and after oral argument on January 5, 2009, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.